JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALIIGN ACTIVATION WEAR, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON ATHLETICA CANADA INC., a Canadian corporation, LULULEMON USA INC., a Nevada corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-03339-SVW-JEM<br><br>Hon. Stephen V. Wilson<br>Hon. John E. McDermott<br><br>**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS' COUNTERCLAIM OF CANCELLATION** |

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Count V of lululemon's Counterclaim, Cancellation of U.S. Trademark Registration No. 5,156,547, is dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 22, 2021

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE