UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALIIGN ACTIVATION WEAR, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LULULEMON ATHLETICA CANADA INC., a Canadian corporation; LULULEMON USA INC., a Nevada corporation; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:20-cv-03339-SVW-JEM<br><br>**JUDGMENT** |

# JUDGMENT

For the reasons set forth in the Court's Order dated June 7, 2021 (Dkt. No. 165), JUDGMENT is entered, and it is hereby ORDERED that:

1. Judgment is entered in favor of Defendants and Counter-Plaintiffs lululemon athletica canada inc. and lululemon usa inc. (collectively, "lululemon"), on each and every claim alleged in the Third Amended Complaint (Dkt. 48) of Plaintiff and Counter-Defendant Aliign Activation Wear, LLC ("Aliign"). Aliign shall take nothing on its Third Amended Complaint, and each and every claim alleged therein is dismissed with prejudice.

2. Counts I-IV of lululemon's Counterclaim (Dkt. 56) are dismissed as moot; and

3. Count V of lululemon's Counterclaim is dismissed without prejudice.

Dated: August 2, 2021

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE